**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

IN THE MATTER OF: 19-CV-00200-JCH-KBM
RECUSAL OF ALL UNITED STATES JUDGES
FOR THE DISTRICT OF NEW MEXICO

**ORDER OF RECUSAL**

In the criminal docket of the case in which the federal judgment of conviction is challenged under 28 U.S.C.§ 2555, 13-CR-00966-JCH-SMV, the Honorable John F. Robbenhaar, United States Magistrate Judge, served as former counsel to party, Matthew Channon. Under the circumstances, it is appropriate for all judicial officers for the District of New Mexico to recuse in Case No. 19-CV-00200-JCH-KBM. Chief Circuit Judge Timothy M. Tymkovich, of the United States Court of Appeals for the Tenth Circuit, has consented to the designation and assignment as presiding judge in this case.

**IT IS THEREFORE ORDERED THAT:**

1. All judicial officers of the District of New Mexico recuse in this action; and
2. Pursuant to the designation and provisions of Title 28, United States Code § 291(b), the Honorable Timothy M. Tymkovich shall preside over the above-captioned case.

**DONE** this 24th day of February, 2020.

FOR THE COURT:

WILLIAM P. JOHNSON
CHIEF UNITED STATES DISTRICT JUDGE